**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

KEVIN R. MOSELEY                                  CIVIL ACTION NO. 07-0218

VERSUS                                                   JUDGE HICKS

US COMMISSIONER SOCIAL              MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

**J U D G M E N T**

 For the reasons assigned in the Report and Recommendation of the Magistrate

Judge previously filed herein, and having thoroughly reviewed the record, no written

objections having been filed, and concurring with the findings of the Magistrate Judge

under the applicable law;

 **IT IS ORDERED** that the Commissioner's decision to deny benefits is affirmed and

Plaintiff's complaint is dismissed with prejudice.

 **THUS DONE AND SIGNED** in Shreveport, Louisiana, this 21st day of February,

2008.

                   _____

                    S. MAURICE HICKS, JR.
                 UNITED STATES DISTRICT JUDGE